RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
REBECCA A. LEVY
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Rebecca_Levy@fd.org
Attorney for Antonio Ramirez Dominguez

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANTONIO RAMIREZ DOMINGUEZ,<br><br>Defendant. | Case No. 2:18-cr-00127-APG-GWF<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Richard Anthony Lopez, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Rebecca A. Levy, Assistant Federal Public Defender, counsel for Antonio Ramirez Dominguez, that the Revocation Hearing currently scheduled on January 8, 2020 at 10:30 a.m., be vacated and continued to a date and time convenient to the Court, but no sooner than twenty (20) days.

This Stipulation is entered into for the following reasons:

1. Defense counsel requires additional time to prepare, investigate, and discuss the case with Defendant.

2. The defendant is in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

This is the first request for a continuance of the revocation hearing.

DATED this 6th day of January 2020.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| */s/ Rebecca A. Levy*<br>By_____<br>REBECCA A. LEVY<br>Assistant Federal Public Defender | */s/ Richard Anthony Lopez*<br>By_____<br>RICHARD ANTHONY LOPEZ<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-cr-00127-APG-GWF |
| Plaintiff, | **ORDER** |
| v. | |
| ANTONIO RAMIREZ DOMINGUEZ, | |
| Defendant. | |

IT IS ORDERED that the revocation hearing currently scheduled for Wednesday, January 8, 2020 at 10:30 a.m., be vacated and continued to January 31, 2020 at the hour of 10:00 a.m. in courtroom 6C.

DATED this 6th day of January 2020.

_____
UNITED STATES DISTRICT JUDGE